# United States Court of Appeals
## For the First Circuit

———————————

No. 19-1094

IRVING F. ROUNDS, JR.,

Plaintiff - Appellant,

v.

CHARLES KOCH; DAVID KOCH; UNITED STATES DEPARTMENT OF JUSTICE; ROD J. ROSENSTEIN, U.S. Deputy Attorney General; ROBERT MUELLER, Special Counsel and former F.B.I. Director; BOB GOODLATTE, Congressman, Chairman of the DOJ's Oversight Committee,

Defendants - Appellees.

———————————

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

———————————

**ORDER OF COURT**

Entered: March 25, 2020

The "motion for reconsideration of judgment" is treated as a petition for panel rehearing, and it is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Irving Franklin Rounds Jr.
Jack Irving Siegal
Mary Beth Murrane
Cynthia A. Young
Donald Campbell Lockhart